UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:13-cr-287-GMN-GWF |
|---|---|
| Plaintiff, | **ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER (HALFWAY HOUSE)** |
| vs. | |
| ALEX SATURNINO RAMOS, | |
| Defendant. | |

Presently before the court is the matter of *United States v. Alex Saturnino Ramos*, 2:13-cr-00287-GMN-GWF.

On September 13, 2013, this Court held a hearing regarding violations of Mr. Ramos's supervised release. At that hearing, the Court modified Mr. Ramos's supervised release conditions to include:

> Reside in Residential Re-entry Center - You shall reside at and participate in the program of a residential re-entry center for a period of 90 days as approved and directed by the probation officer. While at the residential re-entry center, you shall be permitted to travel out-of-state for the purpose of employment.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant ALEX SATURNINO RAMOS reside in Residential Re-entry Center (also known as the halfway house) for a period of 90 days as approved and directed by the probation officer. While at the residential re-entry center, Mr. Ramos shall be permitted to travel out-of-state for the purpose of employment.

**DATED** this 20th day of September, 2013.

_____
Gloria M. Navarro
United States District Judge